IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE LYONS,

          Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

          Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4247

Opinion filed March 11, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

George Lyons, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

          DISMISSED.  See Mobley v. McNeil, 989 So. 2d 1215 (Fla. 1st DCA 2008).

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.